IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER J. JONES,

     Petitioner,                   No. CIV S-06-2475 WBS KJM P

    vs.

IVAN D. CLAY, et al.,

     Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges the execution of his sentence. He is confined in Tuolumne County which lies within the jurisdiction of the Fresno division of this court. When a prisoner challenges the execution of his sentence, the preferable venue is the court with jurisdiction over the place where the prisoner is confined. See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4    2. All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6    United States District Court
     Eastern District of California
7    2500 Tulare Street
     Fresno, CA 93721
8

9 DATED: March 30, 2007.

10   _____
     U.S. MAGISTRATE JUDGE
11

12 1
   jone2475.109
13